UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONEY GALLO                                              CIVIL ACTION

VERSUS                                                   NO. 26-495

KEITH BICKHAM, ET AL.                                    SECTION: "H"(3)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Toney Gallo's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __27th__ day of _____July_____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**